**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

John A. James, et al.,                                      Case No. 3:19-cv-1498

        Plaintiffs,

   v.                                                          **AMENDED JUDGMENT ENTRY**

Norfolk Southern Railway Company, et al.,

        Defendants.


    In accordance with the accompanying Order, Counts I, II, and IV are dismissed pursuant

to Fed. R. Civ. P. 12(b)(6).

    IT IS SO ORDERED.


                        /s/ James G. Carr
                        Sr. U.S. District Judge