IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John A. James, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Norfolk Southern Railway Company, *et al.*,<br><br>　　　　　Defendants. | CASE NO.: 3:19-CV-1498-JGC<br><br>JUDGE JAMES G. CARR<br><br>**<u>VOLUNTARY DISMISSAL ENTRY WITHOUT PREJUDICE</u>** |

WE THE PARTIES do hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the above-captioned action shall be voluntarily dismissed in accordance with the parties' voluntary dismissal agreement. This dismissal is without prejudice with each party to bear his, their or its own costs and attorneys' fees.


*/s/ E.J. Leizerman*
E.J. Leizerman (0011300)
E.J. Leizerman & Associates
P.O. Box 461
Sylvania, OH 43560
P: 567.455.2300
F: 1.800.899.4166
ej@leizerman.net

*Attorney for Plaintiffs*

　　　　　　　　　　　　　*/s/ John B. Lewis*
John B. Lewis (0013156)
Dustin M. Dow (0089599)
Baker & Hostetler LLP
2000 Key Tower
127 Public Square
Cleveland, Ohio 44114
T: 216-621-0200
F: 216-696-0740
jlewis@bakerlaw.com
ddow@bakerlaw.com

Joseph C. Devine (0065428)
Michael A. Parente (0086986)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T: 614-228-1541
F: 614-462-2616
jdevine@bakerlaw.com

*Attorneys for Defendant Norfolk Southern Railway Company*

IT IS SO ORDERED:

s/James G. Carr

James G. Carr, Sr. U.S. District Judge

Dated: November 11, 2021

11-2-21