IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John A. James, *et al.*,                                              Case No. 3:19-cv-01498

       Plaintiffs,

   v.

Norfolk Southern Railway Co., *et al.*,                    **JUDGMENT**

       Defendants.

In accordance with the order filed contemporaneously with this judgment entry, it is hereby

ORDERED THAT:

This case is dismissed with prejudice.

So ordered.

                                                    James G. Carr
                                                   Sr. U.S. District Judge